ABSTRACT OF JUDGMENT

Re: NIKOLAY RASTORGUEV v. DAVID SEPIACHVILI, et al

Case Number: 1:22-mc-00107-PAE

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| DAVID SEPIACHVILI - 230 West 56th Street 60a, New York, NY 10019<br>DAVID A. SEPIASHVILI - 501 Surf Ave. 13G, Brooklyn, NY 10019<br>TIGHT ROCK COMPANY, LLC & LEVEL ONE ADVISORS, INC. - 815 Brazos St STE 500, Austin, TX 78701-2509<br>ATERRA EXPLORATION, LLC & SOUTHTEX ENERGY CORP. - 10100 Reunion Pl STE 625, San Antonio, TX 78216-0002 | NIKOLAY RASTORGUEV - Ulitsa Imeni 40-letia Pobedy 15, Apt. 68, Krasnodar, Krasnodar Krai 230-005, Russian Federation |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $993,275 | RAYMOND J. MARKOVICH, ESQ.<br>351 Westbourne Drive, West Hollywood, CA 90048<br><br>and<br><br>421 East 119th Street<br>New York, NY 10035 | December 27, 2021 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York                , New York

RUBY J. KRAJICK, Clerk of Court

_____
By,  Deputy Clerk